■ DOMINIC COLLOCA, Respondent, v VINCENT J. FASANO, Appellant.—Judgment unanimously modified by directing that, pending the determination of defendant's counterclaims for misuse of corporate funds by plaintiff,

issuance of execution upon the judgment be stayed (see *Dalminter, Inc. v Dalmine, S. p. A.*, 29 AD2d 852, affd 23 NY2d 653); and otherwise judgment affirmed, without costs, on the opinion at Special Term, McLaughlin, J. (Appeal from order and judgment of Onondaga Supreme Court—summary judgment.) Present—Marsh, P. J., Moule, Dillon and Witmer, JJ.